IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-636 |
| | ) | |
| v. | ) | |
| | ) | |
| BAXTER HEALTHCARE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RULE 7.1 STATEMENT

Plaintiff provides the following information in connection with Fed. R. Civ. P. 7.1:

All publicly held companies that own 10 percent or more of the stock of Aventis Pharma S.A. are as follows: (1) Aventis Inc; (2) Sanofi-Aventis Europe; (3) Sanofi-Aventis Amerique du Nord; and (4) Sanofi-Aventis. In addition, Sanofi-Aventis, a public corporation organized under the laws of France, is the parent holding company of a consolidated group of subsidiaries, including Aventis Pharma S.A., Aventis Inc., Sanofi-Aventis Europe, and Sanofi-Aventis Amerique du Nord.

ASHBY & GEDDES

/s/

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor,
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888

*Attorneys for Plaintiff Aventis Pharma S.A.*

*Of Counsel:*

James B. Monroe
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC  20001
Tel.:  (202) 408-4000

Dated:  October 16, 2006
174151.1