AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

AVENTIS PHARMA S.A.,

        Plaintiff,

V.

BAXTER HEALTHCARE CORP.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-636-GMS

TO: (Name and address of Defendant)

Baxter Healthcare Corp.
c/o James G. Gilliland, Jr., Esquire (by agreement)
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111-3834

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

February 8, 2007

CLERK                                    DATE

*[signature]*

(By) DEPUTY CLERK

◥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 8, 2007 (see note 1, below) |
| NAME OF SERVER *(PRINT)* Steven J. Balick | TITLE Delaware counsel to plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  See note 2, below.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-8-07
                *Date*              *Signature of Server*

*Address of Server*

Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

1. By agreement between the parties, the effective date of service is February 9, 2007.

2. Served defendant's counsel, James Gilliland, Jr., Esquire, at the address on the front of this summons, by agreement of the parties. Service was via Federal Express sent on February 8, 2007 for delivery on February 9, 2007.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.