IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-636-GMS |
| ) | |
| BAXTER HEALTHCARE CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## STIPULATION AND ORDER

Plaintiff Aventis Pharma S.A. and Defendant Baxter Healthcare Corporation, by their respective counsel, hereby agree and stipulate, subject to the approval of the Court, that the time for Defendant to answer, move, or otherwise respond to the Complaint in this matter is extended through and including March 26, 2007.

The reasons for this extension are: (1) Defendant requires additional time to investigate the allegations of the Complaint and prepare its Counterclaims, and (2) Defendant has received no prior extensions of time within which to file its responses to the Complaint, served on Defendant on or about February 9, 2007. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

| | |
|---|---|
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
| By: /s/ Steven J. Balick<br>    Steven J. Balick (#2114)<br>    John G. Day (#2403)<br>    500 Delaware Avenue, 8th Fl.<br>    P. O. Box 1150<br>    Wilmington, DE 19899<br>    (302) 654-1888<br>    sbalick@ashby-geddes.com<br>    jday@ashby-geddes.com<br><br>*Attorneys for Plaintiff*<br>*Aventis Pharma S.A.* | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter Healthcare Corporation* |

SO ORDERED, this _____ day of _____, 2007.

_____
United States District Judge

780447