IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>BAXTER HEALTHCARE CORP.,<br><br>    Defendant.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>    Counterclaimant,<br><br>    v.<br><br>AVENTIS PHARMA, S.A.,<br><br>    Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 06-636-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**BAXTER HEALTHCARE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant/Counterclaimant Baxter Healthcare Corporation states that its parent corporation is Baxter International Inc. No other publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| OF COUNSEL:<br><br>TOWNSEND AND TOWNSEND AND CREW LLP<br>James G. Gilliland, Jr.<br>Susan M. Spaeth<br>Anne M. Rogaski<br>Julie J. Han<br>379 Lytton Avenue<br>Palo Alto, California  94301<br>(650) 326-2400<br><br>Dated: March 28, 2007<br>785698 | POTTER ANDERSON & CORROON LLP<br><br><br><br>By: /s/ Philip A. Rovner<br>    Philip A. Rovner (# 3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    Email:  provner@potteranderson.com<br><br>*Attorneys for Defendant and*<br>*Counterclaimant*<br>*Baxter Healthcare Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on March 28, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on March 28, 2007 I have sent by Federal Express the foregoing document to the following non-registered participants:

James B. Monroe, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com