IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-636-GMS |
| | ) | |
| BAXTER HEALTHCARE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 5th day of July, 2007, **PLAINTIFF'S AND COUNTERCLAIM DEFENDANT'S INITIAL DISCLOSURE STATEMENT** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Building<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| James G. Gilliland, Jr., Esquire<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111 | VIA ELECTRONIC MAIL |
| Susan M. Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431 | VIA ELECTRONIC MAIL |

                                          ASHBY & GEDDES

                                          */s/ John G. Day*
                                          _____
                                          Steven J. Balick (I.D. # 2114)
                                          John G. Day (I.D. #2403)
                                          Lauren E. Maguire (I.D. #4261)
                                          500 Delaware Avenue, 8th Floor
                                          P.O. Box 1150
                                          Wilmington, DE 19899
                                          Telephone: (302) 654-1888

                                          *Attorneys for Plaintiff Aventis Pharma S.A.*

*Of Counsel:*

James B. Monroe
Paul W. Browning
Timothy B. Donaldson
Kakoli Caprihan
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
Telephone: (202) 408-4000

Dated: July 5, 2007
178358.1