IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., | ) |
| Plaintiff, | ) |
| v. | ) C. A. No. 06-636-GMS |
| BAXTER HEALTHCARE CORP., | ) |
| Defendant. | ) |
| | ) |
| BAXTER HEALTHCARE CORPORATION, | ) |
| Counterclaimant, | ) |
| v. | ) |
| AVENTIS PHARMA, S.A., | ) |
| Counterdefendant. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 5, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER HEALTHCARE CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PROC. 26(a)(1) AND CERTIFICATION UNDER FED. R. CIV. PROC. 26(g)

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

James B. Monroe, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

| | |
|---|---|
| OF COUNSEL:<br><br>TOWNSEND AND TOWNSEND AND CREW LLP<br>James G. Gilliland, Jr.<br>Susan M. Spaeth<br>Anne M. Rogaski<br>Matthew R. Hulse<br>Julie J. Han<br>Eric A. Mercer<br>379 Lytton Avenue<br>Palo Alto, California 94301<br>(650) 326-2400<br><br>Dated: July 5, 2007 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Philip A. Rovner<br>    Philip A. Rovner (# 3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    Email: provner@potteranderson.com<br><br>*Attorneys for Defendant and*<br>*Counterclaimant*<br>*Baxter Healthcare Corporation* |

805539

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 5, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on July 5, 2007 I have sent by E-mail the foregoing document to the following non-registered participant:

James B. Monroe, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com