IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-636 (GMS) |
| ) | |
| BAXTER HEALTHCARE CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| BAXTER HEALTHCARE CORPORATION, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| AVENTIS PHARMA, S.A., ) | |
| ) | |
| Counterdefendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on September 24, 2007, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER HEALTHCARE CORPORATION'S FIRST SET OF INTERROGATORIES TO AVENTIS PHARMA S.A.

BAXTER HEALTHCARE CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO AVENTIS PHARMA S.A.

DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF AND COUNTERDEFENDANT

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

**BY E-MAIL**

James B. Monroe, Esq.
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001

OF COUNSEL:

TOWNSEND AND TOWNSEND AND CREW
LLP
James G. Gilliland, Jr.
Susan M. Spaeth
Anne M. Rogaski
Matthew R. Hulse
Julie J. Han
379 Lytton Avenue
Palo Alto, California  94301
(650) 326-2400

Dated: September 24, 2007

820853

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (# 3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    Email:  provner@potteranderson.com

*Attorneys for Defendant and*
*Counterclaimant*
*Baxter Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 24, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on September 24, 2007 I have sent by E-mail the foregoing document to the following non-registered participant:

James B. Monroe, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com