# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., : | |
| : | |
| Plaintiff, : | |
| : | C. A. No. 06-636-GMS |
| v. : | |
| : | |
| BAXTER HEALTHCARE CORPORATION, : | |
| : | JURY TRIAL DEMANDED |
| Defendant. : | |
| : | |
| BAXTER HEALTHCARE CORPORATION, : | |
| : | |
| Couterclaimant, : | |
| : | |
| v. : | |
| : | |
| AVENTIS PHARMA S.A., : | |
| : | |
| Counterdefendant. : | |

## NOTICE OF SERVICE

I, Mary W. Bourke, hereby certify that on the 24th day of October, 2007, Michael Merriman served a true and correct copy of **OBJECTIONS AND RESPONSES BY BAYER HEALTHCARE L.L.C., BAYER CORPORATION, BARTLIT BECK HERMAN PALENCHAR & SCOTT, AND CONNOLLY BOVE LODGE & HUTZ TO THE SUBPOENAS FROM DEFENDANT BAXTER HEALTHCARE CORPORATION** upon the below-listed counsel of record in the following manner:

**Via E-Mail and Federal Express**
Philip A. Rovner
Potter Anderson & Corroon, LLP
Hercules Plaza,
P.O. Box 951
1313 N. Market St.
Wilmington, DE 19899-0951
provner@potteranderson.com

1

Respectfully submitted,

By: */s/ Mary W. Bourke*
      Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
302-658-9141

DATED:  October 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| *Andrea C. Hutchison*<br>*Robert J. Kriss*<br>*Thomas M. Durkin*<br>**Mayer Brown**<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>ahutchison@mayerbrown.com<br>rkriss@mayerbrown.com<br>tdurkin@mayerbrown.com<br><br>*Philip A. Rovner*<br>**Potter Anderson & Corroon, LLP**<br>1313 N. Market St. Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>provner@potteranderson.com<br><br>*James G. Gilliland, Jr.*<br>*Matthew R. Hulse*<br>**Townsend and Townsend and Crew LLP**<br>Two Embarcadero Center<br>Eighth Floor<br>San Francisco, CA<br>94111-3834<br>jggilliland@townsend.com<br>mrhulse@townsend.com | *Steven J. Balick*<br>*John G. Day*<br>*Lauren E. Maguire*<br>**Ashby & Geddes**<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br><br>*Anne M. Rogaski*<br>*Eric A. Mercer*<br>*Julie J. Han*<br>*Susan M. Spaeth*<br>**Townsend and Townsend and Crew LLP**<br>379 Lytton Ave.<br>Palo Alto, CA<br>94301-1431<br>amrogaski@townsend.com<br>eamercer@townsend.com<br>jjhan@townsend.com<br>smspaeth@townsend.com |

I further certify that I caused to be served copies of the foregoing document on October 29, 2007, via electronic mail:

| | |
|---|---|
| Michael Merriman<br>Bartlit Beck Herman Palenchar & Scott LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60610<br>michael.merriman@bartlit-beck.com | |

October 29, 2007                                      By: */s/ Mary W. Bourke*
                                                                    Mary W. Bourke
                                                                    Connolly Bove Lodge & Hutz LLP
                                                                    1007 North Orange Street
                                                                    Wilmington, DE 19801
                                                                    (302)658-9141
                                                                    *mbourke@cblh.com*