IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAXTER HEALTHCARE CORP., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> BAXTER HEALTHCARE CORPORATION, ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> AVENTIS PHARMA, S.A., ) <br> ) <br> Counterdefendant. ) | C. A. No. 06-636 (GMS) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 1, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

BAXTER HEALTHCARE CORPORATION'S SECOND SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS TO AVENTIS PHARMA S.A.

| BY HAND DELIVERY AND E-MAIL | BY E-MAIL |
|---|---|
| Steven J. Balick, Esq. <br> John G. Day, Esq. <br> Ashby & Geddes <br> 500 Delaware Avenue, 8th Floor <br> P. O. Box 1150 <br> Wilmington, DE 19899 | James B. Monroe, Esq. <br> Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. <br> 901 New York Avenue, NW <br> Washington, DC 20001 |

OF COUNSEL:

MAYER BROWN LLP
Thomas M. Durkin
Robert J. Kriss
Andrea C. Hutchison
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

TOWNSEND AND TOWNSEND AND
CREW LLP
Anne M. Rogaski
Julie J. Han
379 Lytton Avenue
Palo Alto, California 94301
(650) 326-2400

Dated: November 1, 2007

829228

POTTER ANDERSON & CORROON LLP


By: /s/ Philip A. Rovner
    Philip A. Rovner (# 3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    Email: provner@potteranderson.com

*Attorneys for Defendant and Counterclaimant*
*Baxter Healthcare Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on November 1, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

I hereby certify that on October 4, 2007 I have sent by E-mail the foregoing document to the following non-registered participant:

James B. Monroe, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com