IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-636-GMS |
| ) | |
| BAXTER HEALTHCARE CORP., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 21st day of November, 2007, **PLAINTIFF'S FIRST SET OF REQUESTS (NOS. 1-64) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** was served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                                                    HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Building
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

James G. Gilliland, Jr., Esquire                                          VIA ELECTRONIC MAIL
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111

Susan M. Spaeth, Esquire                                                VIA ELECTRONIC MAIL
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301-1431

Thomas M. Durkin, Esquire
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff Aventis Pharma S.A.*

*Of Counsel:*

James B. Monroe
Doris Johnson Hines
Paul W. Browning
Kakoli Caprihan
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
Telephone: (202) 408-4000

Dated: November 21, 2007
178358.1