IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-636-GMS |
| ) | |
| BAXTER HEALTHCARE CORP., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of November, 2007, **PLAINTIFF'S OBJECTIONS AND RESPONSES TO BAXTER'S FIRST SET OF INTERROGATORIES (NOS. 1-32)** was served upon the following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                                      HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Building
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

James G. Gilliland, Jr., Esquire                              VIA ELECTRONIC MAIL
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111

Susan M. Spaeth, Esquire                                      VIA ELECTRONIC MAIL
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301-1431

Thomas M. Durkin, Esquire  
Mayer Brown LLP  
71 S. Wacker Drive  
Chicago, IL  60606

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. # 2114)  
John G. Day (I.D. #2403)  
Lauren E. Maguire (I.D. #4261)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
Telephone:  (302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff Aventis Pharma S.A.*

*Of Counsel:*

James B. Monroe  
Doris Johnson Hines  
Paul W. Browning  
Kakoli Caprihan  
FINNEGAN, HENDERSON, FARABOW,  
  GARRETT & DUNNER, L.L.P.  
901 New York Ave., N.W.  
Washington, DC  20001  
Telephone:  (202) 408-4000

Dated: November 21, 2007  
178358.1