IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-636-GMS |
| ) | |
| BAXTER HEALTHCARE CORP., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of November, 2007, **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S RULE 30(b)(6) NOTICE OF DEPOSITON SERVED SEPTEMBER 24, 2007** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Building<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | <u>HAND DELIVERY</u> |
| James G. Gilliland, Jr., Esquire<br>Townsend and Townsend and Crew LLP<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111 | <u>VIA ELECTRONIC MAIL</u> |
| Susan M. Spaeth, Esquire<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1431 | <u>VIA ELECTRONIC MAIL</u> |

Thomas M. Durkin, Esquire
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ Lauren E. Maguire

------

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff Aventis Pharma S.A.*

*Of Counsel:*

James B. Monroe
Doris Johnson Hines
Paul W. Browning
Kakoli Caprihan
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
Telephone: (202) 408-4000

Dated: November 21, 2007
178358.1