IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | Civil Action No. 06-636 (GMS) |
| BAXTER HEALTHCARE CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> AVENTIS PHARMA S.A., <br><br> Counterdefendant. | |

## NOTICE OF DEPOSITION OF ALBRECHT GROENER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant Baxter Healthcare Corporation ("Baxter"), by and through their attorneys of record, will take the deposition of Albrecht Groener on January 17, 2008 beginning at 9:30 a.m. at the offices of Townsend and Townsend and Crew LLP, 1301 K Street, NW, Ninth Floor, East Tower, Washington, DC 20005, or at a date, time and place to be agreed upon by the parties. The deposition will be before a notary public, or other authorized person to administer oaths, will be recorded stenographically and/or by video tape, will include the use of interactive real time transcription (e.g., Live Notes), and will continue from day to day until completed.

| | |
|---|---|
| OF COUNSEL:<br><br>MAYER BROWN LLP<br>Thomas M. Durkin<br>Robert J. Kriss<br>Andrea C. Hutchison<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br><br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Anne M. Rogaski<br>Julie J. Han<br>379 Lytton Avenue<br>Palo Alto, California 94301<br>(650) 326-2400<br><br>Dated: November 27, 2007<br>833187 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Philip A. Rovner<br>Philip A. Rovner (# 3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: provner@potteranderson.com<br><br>*Attorneys for Defendant and Counterclaimant Baxter Healthcare Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on November 27, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on November 27, 2007 I have sent by E-mail the foregoing document to the following non-registered participant:

James B. Monroe, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com