IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-636-GMS |
| | ) | |
| BAXTER HEALTHCARE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 29st day of November, 2007, **FINNEGAN,**

**HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P'S OBJECTIONS TO**

**DEFENDANT'S SUBPOENA SERVED NOVEMBER 15, 2007** was served upon the

following counsel of record at the address and in the manner indicated:

Philip A. Rovner, Esquire                             VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
Hercules Building
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

James G. Gilliland, Jr., Esquire                      VIA ELECTRONIC MAIL
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111

Susan M. Spaeth, Esquire                              VIA ELECTRONIC MAIL
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301-1431

Thomas M. Durkin, Esquire
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606

VIA ELECTRONIC MAIL

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Finnegan, Henderson,*
*Farabow, Garrett & Dunner, L.L.P.*

*Of Counsel:*

James B. Monroe
Doris Johnson Hines
Paul W. Browning
Kakoli Caprihan
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC  20001
Telephone:  (202) 408-4000

Dated: November 29, 2007