IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORP.,<br><br>　　　　Defendant.<br><br><br>BAXTER HEALTHCARE CORPORATION,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>AVENTIS PHARMA, S.A.,<br><br>　　　　Counterdefendant. | ) ) ) ) ) ) ) C. A. No. 06-636 (GMS) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 21, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS (NOS. 1-64) FOR THE PRODUCTION OF DOCUMENTS AND THINGS

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

**BY E-MAIL AND FEDERAL EXPRESS**

James B. Monroe, Esq.
Doris Johnson Hines, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001

| | |
|---|---|
| OF COUNSEL:<br><br>MAYER BROWN LLP<br>Thomas M. Durkin<br>Robert J. Kriss<br>Andrea C. Hutchison<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br><br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Anne M. Rogaski<br>Julie J. Han<br>379 Lytton Avenue<br>Palo Alto, California 94301<br>(650) 326-2400<br><br>Dated: December 21, 2007<br>839241 | POTTER ANDERSON & CORROON LLP<br><br>By: _/s/ Philip A. Rovner_<br>Philip A. Rovner (# 3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: provner@potteranderson.com<br><br>*Attorneys for Defendant and Counterclaimant*<br>*Baxter Healthcare Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on December 21, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

I hereby certify that on December 21, 2007 I have sent by E-mail and Federal Express the foregoing document to the following non-registered participants:

James B. Monroe, Esq.
Doris Johnson Hines, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
James.monroe@finnegan.com
Dori.hines@finnegan.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com