IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| BAXTER HEALTHCARE CORPORATION, | ) | Civil Action No. 06-636 (GMS) |
| Defendant. | ) | |
| BAXTER HEALTHCARE CORPORATION, | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| AVENTIS PHARMA S.A., | ) | |
| Counterdefendant. | ) | |

## NOTICE OF DEPOSITION OF HANS F. LAUPPE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendant/Counterclaimant Baxter Healthcare Corporation ("Baxter"), by and

through their attorneys of record, will take the deposition of Hans F. Lauppe on February 25,

2008 beginning at 9:30 a.m. at the offices of Finnegan, Henderson, Farabow, Garrett &

Dunner, L.L.P., 901 New York Avenue, NW, Washington, DC 20001, or at a date, time and

place to be agreed upon by the parties. The deposition will be before a notary public, or

other authorized person to administer oaths, will be recorded stenographically and/or by

video tape, will include the use of interactive real time transcription (e.g., Live Notes), and

will continue from day to day until completed.

OF COUNSEL:

MAYER BROWN LLP
Thomas M. Durkin
Robert J. Kriss
Andrea C. Hutchison
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

TOWNSEND AND TOWNSEND AND
CREW LLP
Anne M. Rogaski
Julie J. Han
379 Lytton Avenue
Palo Alto, California  94301
(650) 326-2400

Dated:  January 11, 2008
841500

POTTER ANDERSON & CORROON LLP

By: _____
          Philip A. Rovner (# 3215)
          Hercules Plaza
          P.O. Box 951
          Wilmington, DE 19899-0951
          (302) 984-6000
          Email:  provner@potteranderson.com

*Attorneys for Defendant and Counterclaimant*
*Baxter Healthcare Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 11, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

I hereby certify that on January 11, 2008 I have sent by E-mail and Federal Express the foregoing document to the following non-registered participants:

James B. Monroe, Esq.
Doris Johnson Hines, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
James.monroe@finnegan.com
Dori.hines@finnegan.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com