IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BAXTER HEALTHCARE CORP., | ) ) Civil Action No. 06-636-GMS |
| Defendant; | ) ) ) ) ) ) ) ) |
| BAXTER HEALTHCARE CORP., | ) ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| AVENTIS PHARMA S.A., | ) ) |
| Counterdefendant. | ) ) |

## NOTICE OF DEPOSITION OF MICHAEL SCHIFFER

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 10:00 am on February 11, 2008, or at such other date and time as shall be agreed upon by the parties or ordered by the Court and continuing day to day thereafter, Plaintiff Aventis Pharma S.A. shall take the deposition upon oral examination of Michael Schiffer before a notary public or other officer authorized to administer oaths at the offices of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Ave. N.W., Washington, D.C. 20001 or at such other location agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means, audiotape, and/or videotape.

- 2 -

          ASHBY & GEDDES

          */s/ John G. Day*

          _____
          Steven J. Balick (I.D. # 2114)
          John G. Day (I.D. #2403)
          Lauren E. Maguire (I.D. #4261)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          (302) 654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          lmaguire@ashby-geddes.com

          *Attorneys for Plaintiff*
          *Aventis Pharma S.A.*

*Of Counsel:*

James B. Monroe
Doris Johnson Hines
Paul W. Browning
Kakoli Caprihan
Justin J. Hasford
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
(202) 408-4000

Dated: January 18, 2008
187432.v1