IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., </br></br> Plaintiff, </br></br> v. </br></br> BAXTER HEALTHCARE CORP., </br></br> Defendant; </br></br><br/> BAXTER HEALTHCARE CORP., </br></br> Counterclaimant, </br></br> v. </br></br> AVENTIS PHARMA S.A., </br></br> Counterdefendant. | Civil Action No. 06-636-GMS |

## NOTICE OF DEPOSITION OF NORBERT REIDEL

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 10:00 am on February 14, 2008, or at such other date and time as shall be agreed upon by the parties or ordered by the Court and continuing day to day thereafter, Plaintiff Aventis Pharma S.A. shall take the deposition upon oral examination of Norbert Reidel before a notary public or other officer authorized to administer oaths at the offices of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Ave. N.W., Washington, D.C. 20001 or at such other location agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means, audiotape, and/or videotape.

- 2 -

           ASHBY & GEDDES

           */s/ John G. Day*
           _____
           Steven J. Balick (I.D. # 2114)
           John G. Day (I.D. #2403)
           Lauren E. Maguire (I.D. #4261)
           500 Delaware Avenue, 8th Floor
           P.O. Box 1150
           Wilmington, DE 19899
           (302) 654-1888
           sbalick@ashby-geddes.com
           jday@ashby-geddes.com
           lmaguire@ashby-geddes.com

           *Attorneys for Plaintiff*
           *Aventis Pharma S.A.*

*Of Counsel:*

James B. Monroe
Doris Johnson Hines
Paul W. Browning
Kakoli Caprihan
Justin J. Hasford
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
(202) 408-4000

Dated: January 18, 2008
187440.v1