IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BAXTER HEALTHCARE CORP., | ) ) | Civil Action No. 06-636-GMS |
| Defendant; | ) ) ) ) | |
| BAXTER HEALTHCARE CORP., | ) ) | |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| AVENTIS PHARMA S.A., | ) ) | |
| Counterdefendant. | ) ) | |

## NOTICE OF DEPOSITION OF MICHAEL FEDRICK

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 10:00 am on February 13, 2008, or at such other date and time as shall be agreed upon by the parties or ordered by the Court and continuing day to day thereafter, Plaintiff Aventis Pharma S.A. shall take the deposition upon oral examination of Michael Fedrick before a notary public or other officer authorized to administer oaths at the offices of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Ave. N.W., Washington, D.C. 20001 or at such other location agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means, audiotape, and/or videotape.

- 2 -

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(tel) (302) 654-1888

*Attorneys for Plaintiff Aventis Pharma S.A.*

*Of Counsel:*

James B. Monroe
Doris Johnson Hines
Paul W. Browning
Kakoli Caprihan
Justin J. Hasford
FINNEGAN HENDERSON FARABOW
      GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(tel) (202) 408-4000
(fax) (202) 408-4400

Dated:  January 18, 2008
187441.1