IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAXTER HEALTHCARE CORP., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> BAXTER HEALTHCARE CORP., ) <br> ) <br> Counterclaimant, ) <br> ) <br> v. ) <br> ) <br> AVENTIS PHARMA S.A., ) <br> ) <br> Counterdefendant. ) | Civil Action No. 06-636-GMS |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a) and (c), the parties file this Joint Stipulation and Order of Dismissal with Prejudice dismissing all of their claims and counterclaims brought in the above captioned action with prejudice, all parties to bear their own fees and costs.

|  |  |
|---|---|
| OF COUNSEL: <br><br> FINNEGAN, HENDERSON, FARABOW, <br>  GARRETT & DUNNER, L.L.P. <br> James B. Monroe <br> Paul W. Browning <br> Kakoli Caprihan <br> 901 New York Ave., N.W. <br> Washington, DC  20001 <br> (202) 408-4000 | ASHBY & GEDDES <br><br> */s/ Steven J. Balick* <br> By: _____ <br> Steven J. Balick (# 2114) <br> John G. Day (#2403) <br> Lauren E. Maguire (#4261) <br> 500 Delaware Avenue, 8th Floor, <br> P.O. Box 1150 <br> Wilmington, Delaware 19899 <br> (302) 654-1888 <br><br> *Attorneys for Plaintiff Aventis Pharma S.A.* |

- 2 -

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| MAYER BROWN LLP<br>Thomas M. Durkin<br>Robert J. Kriss<br>Andrea C. Hutchison<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600 | */s/ Philip A. Rovner*<br>By: _____<br>Philip A. Rovner (# 3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email:  provner@potteranderson.com |
| TOWNSEND AND TOWNSEND AND CREW LLP<br>Anne M. Rogaski<br>Julie J. Han<br>379 Lytton Avenue<br>Palo Alto, California  94301<br>(650) 326-2400 | *Attorneys for Defendant and Counterclaimant Baxter Healthcare Corporation* |

Dated:  February 20, 2008


SO ORDERED this _____ day of _____, 2008.


_____
Chief Judge


188387.1